ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2013 JUL 10 AM II: 13

CLERK _C. Adams_
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

HEZEKIAH PAINE,                          )
                                         )
            Plaintiff,                   )
                                         )
      v.                                 )        CV 313-029
                                         )
DEPUTY COMMISSIONER RALPH                )
KEMP, et al.,                            )
                                         )
            Defendants.                  )

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation ("R&R"), to which no objections have been filed. In

his R&R, the Magistrate Judge recommended that Plaintiff's complaint be dismissed for

failure to comply with the terms of an Order entered on May 8, 2013, that directed Plaintiff

to submit an amended complaint within thirty (30) days due to pleading deficiencies. (See

generally doc. nos. 19, 20.) Although Plaintiff has now submitted an amended complaint,

it is dated June 14, 2013, indicating that Plaintiff did not actually prepare or file it until after

the specified deadline expired on June 7, 2013. (Doc. no. 22, p. 5.) Moreover, despite the

Magistrate Judge's clear instructions to attach no more than six handwritten pages to the

amended complaint (doc. no. 19, p. 4), Plaintiff attached eleven individually-numbered and

handwritten pages to the same. (Id. at 6-16.)

In short, Plaintiff's untimely amended complaint is exhibitive of his persistent and

overt non-compliance with Court Orders, and it therefore provides no basis for deviation

from the Magistrate Judge's recommendation that the instant case be dismissed for that very

reason.  Accordingly, the Magistrate Judge's R&R is **ADOPTED** as the opinion of the

Court.  Therefore, this case is **DISMISSED** without prejudice, and this civil action is

**CLOSED**.

SO ORDERED this 10 day of July, 2013, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE